# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM FLYNN AND BILLIE
FLYNN

NO.  2022 CW 0202

VERSUS

JOE THORNHILL, ANYTIME
FITNESS & MARKEL INSURANCE
COMPANY

**MARCH 16, 2022**

---

In Re:    Thornhill Brothers Fitness, LLC d/b/a Anytime Fitness,
          Markel Insurance Company, and Anytime Fitness, LLC,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of West Baton Rouge, No. 45828.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              GH
                              WRC

    **Guidry, J.,** dissents.  I would grant the writ, reverse the
district court's February 11, 2022 ruling which denied the
motion to strike jury trial filed by defendants, and grant the
motion to strike jury trial.  The district court issued an order
requiring a cash bond of $10,000.00 to be posted no later than
60 days prior to trial, and the trial was scheduled on March 21,
2022.  Notice of the bond amount and the deadline set by the
court for the cash deposit was mailed by the clerk to counsel
for the parties. See La. Code Civ. P. art. 1914.  When the
defendants, which requested a trial by jury, failed to post the
cash deposit by the required deadline, plaintiffs then had an
additional ten days, or until January 31, 2022, to make the
required deposit, which plaintiffs failed to do.  Failure to
post the cash deposit as required constitutes waiver of trial by
jury.  La. Code Civ. P. art. 1734.1; **Riddle v. Bickford,** 2000-
2408 (La. 5/15/01), 785 So.2d 795, 799.

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT